**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**William M. BRYSON, Jr., Defendant—
Appellant.**

No. 04–6663.

United States Court of Appeals,
Fourth Circuit.

Submitted July 23, 2004.

Decided Aug. 19, 2004.

William M. Bryson, Jr., Appellant pro se. Marvin Jennings Caughman, Mark C. Moore, Beth Drake, Assistant United States Attorneys, Columbia, South Carolina; Regan Alexandra Pendleton, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before LUTTIG, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

William M. Bryson, Jr., appeals from the district court's order denying his motion filed pursuant to Fed.R.Crim.P. 33, in which Bryson requested to be resentenced. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order denying Bryson's motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*